HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
LINDA C. ALLISON, State Bar #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org

Attorneys for Defendant
LAMONT T. DUNN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-po-221-KJN |
| Plaintiff, | STIPULATION AND ORDER TO VACATE THE STATUS CONFERENCE AND SET ARRAIGNMENT DATE |
| v. | |
| LAMONT T. DUNN, | DATE: November 7, 2018 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED between the parties through their respective counsel,

Special Assistant United States Attorney, ERIC CHANG, and Assistant Federal Defender,

LINDA C. ALLISON, attorney for LAMONT T. DUNN, that the status conference set for

November 7, 2018 at 9:00 a.m. be vacated and an arraignment date be set for December 12, 2018

at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The Government has indicated that it intends to file an Information that would supersede the citation in this case. The defense would like to set a date for arraignment on the Information and needs additional time to review the Information with the defendant and to conduct further investigation. The parties anticipate that a trial date will be requested at the arraignment date on December 12, 2018.


DATED: November 6, 2018                    HEATHER E. WILLIAMS
                                           Federal Defender


                                           /s/ Linda C. Allison
                                           LINDA C. ALLISON
                                           Assistant Federal Defender


DATED: November 6, 2018                    MCGREGOR W. SCOTT
                                           United States Attorney


                                           /s/ Linda Allison for
                                           ERIC J. CHANG
                                           Special Assistant U.S. Attorney

                                           *Approved via email 11/6/2018*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                  Plaintiff,

    v.

LAMONT T. DUNN,

                  Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

NO.  2:18-po-221-KJN

ORDER TO VACATE STATUS
CONFERENCE AND SET ARRAINGMENT

      Finding good cause, the Court orders the status conference set for November 7, 2018, be vacated and an arraignment be set for December 12, 2018, at 9:00 a.m., before the Hon. Kendall J. Newman.

Dated:  November 6, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3