HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org

Attorney for Defendant
Lamont T. Dunn

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-po-00221-KJN |
|---|---|
| Plaintiff, | ) DEFENDANT LAMONT T. DUNN'S WAIVER |
| | ) OF APPEARANCE, AND |
| vs. | ) ACKNOWLEDGMENT OF RIGHTS |
| LAMONT T. DUNN, | ) Date: December 12, 2018 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Kendall J. Newman |

Pursuant to Federal Rule of Criminal Procedure Rule 43(b)(2), defendant LAMONT T. DUNN hereby requests the Court to permit him to be absent during any phases of these proceedings where the Court may permit such absence under the above rule. Mr. Dunn is a working, single father and the sole provider for his daughter. On August 14, 2018, Mr. Dunn appeared before the Court on Count One for allegedly driving while his privilege was suspended for driving under the influence, a violation of 18 United States Code § 13 and California Vehicle Code § 14601.2(a). On August 14, the Court advised Mr. Dunn of his rights, the charge pending before him, and appointed the Office of the Federal Defender. On that date, Mr. Dunn entered a not guilty plea and requested a bench trial. On November 6, 2018, the Government filed an Information in this case alleging Count Two, driving without a valid license, a violation of 18 U.S.C. § 13 and CVC § 12500(a).

-1-

Under Rule 43(b)(2), a misdemeanor defendant does not need to be present if the alleged offense is "punishable by fine or imprisonment for not more than one year, or both, and with the defendant's written consent, the court permits arraignment, plea, trial, and sentencing to occur by video conference or in the defendant's absence."

At this time, Mr. Dunn continues to be represented by the Office of the Federal Defender and wishes to proceed to a bench trial in this matter. He respectfully requests that the Court permit him to waive his appearance under the above rule because personal appearance at the arraignment on the Information and other non-dispositive hearings would be prohibitively burdensome and time consuming with respect to his responsibilities at work and as a single father. Mr. Dunn is aware, and has been informed by the undersigned counsel, that he has the right to be personally present at each and every stage of these proceedings on the charge set forth in the above-numbered Information. However, Mr. Dunn agrees that his interests will be deemed represented at all times by the presence of the Office of the Federal Defender, the same as if he were personally present, and he further agrees to be present in court ready for trial or other proceedings on any day and hour the court may fix in his absence.

**I. Advice and Acknowledgment of Charges and Rights.**

Defendant acknowledges that he has received and read a copy of Information No. 2:18-po-00221-KJN and that he understands it. He acknowledges that he has been advised of the following:

(1) Under Count One, he is charged with one count of "driving when privilege suspended for driving under the influence" in violation of 18 U.S.C. § 13 and CVC § 14601.2(a). Mr. Dunn appeared on this charge in the violation on August 14, 2018, and was advised.

(2) The maximum penalties for Count One are a sentence of up six months, a fine of up to $1,000, or both jail and a fine. Further, if convicted, he must pay a special assessment of $10.00. 18 U.S.C. § 3013(a)(1)(A)(ii).

(3) Under Count Two, he is charged with one count of "driving without a valid license" in violation of 18 U.S.C. § 13 and CVC § 12500(a). This charge is lesser included offense to Count One and was added in the Information filed by the Government on November 6, 2018.

(4) The maximum penalties for Count Two are a sentence of up six months, a fine of up to $1,000, or both jail and a fine. Further, if convicted, he must pay a special assessment of $10.00. 18 U.S.C. § 3013(a)(1)(A)(ii).

(5) The Office of the Federal Defender was appointed to represent Mr. Dunn at his initial appearance on August 14, 2018.

(6) He has the right to remain silent; any statements he makes may be used against him.

(7) He has the right to a bench trial (the offenses are Class B misdemeanors). He requested a bench trial in this case on August 14, 2018, and continues to request a bench trial

(8) He has a right to be personally present at each and every stage of the proceedings in this case, including his arraignment on the above charges. He hereby waives his appearance at the arraignment in his case.

## II. Plea

Mr. Dunn hereby pleads not guilty to the charges and asks that the above matter be set for bench trial.

Dated: December 8, 2018         /s/ Lamont Dunn (original in file)

_____
LAMONT T. DUNN, Defendant

-3-

I have advised Mr. Dunn of his rights pertaining to his arraignment, consent to proceed before a magistrate judge, entry of plea, and request for a bench trial. I concur in his decision to waive his appearance at arraignment.

Dated: December 10, 2018                                   HEATHER E. WILLIAMS
                                                           Federal Defender

                                                           /s/ *Rachelle Barbour* _____
                                                           RACHELLE BARBOUR
                                                           for LINDA ALLISON
                                                           Assistant Federal Defender
                                                           On behalf of Defendant
                                                           LAMONT T. DUNN


                                                           /s/ *Gabriel Baybayan* _____
                                                           GABRIEL BAYBAYAN
                                                           Certified Law Clerk
                                                           On behalf of Defendant
                                                           LAMONT T. DUNN

**ORDER**

Mr. Dunn may waive his appearance at the arraignment on December 12, 2018.

Dated: December 10, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE